Gulf Insurance Companies, Appellant, *v*. Matvya.

Argued November 20, 1975. *Theodore E. Breault*, with him *Egler & Reinstadtler*, for appellant; *Roslyn M. Litman*, with her *Litman, Litman, Harris & Specter*, for appellee.

Orders affirmed.

Hanwell et ux. *v*. Sleight, et al., Appellants.

Before SHAULIS, J.

Argued November 21, 1975. *Robert G. Rose*, with him *Spence, Custer, Saylor, Wolfe & Rose*, for appellants; *Alexander Ogle*, for appellees.

Order affirmed.

Hilderbrand et al., Appellants, *v*. Dorenkamp, et ux., et al.

Before DILLON, J.

Argued November 21, 1975. *Lee C. McCandless*, for appellants; *Leo M. Stepanian*, with him *Brydon & Stepanian*, for appellees.

Decree affirmed.